[No. 9807–9–III.  Division Three.  April 24, 1990.]

MILTON KONEN, ET AL, *Respondents*, v. TOLLEFSON CONSTRUCTION, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 11753, John M. Lyden, J., entered January 5, 1989. *Affirmed as modified* and *remanded* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 9303–4–III.  Division Three.  April 24, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS L. STINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 87–1–00159–7, Jo Anne Alumbaugh, J., entered May 2, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[Nos. 9360–6–III; 9414–6–III.  Division Three.  April 24, 1990.]

THE STATE OF WASHINGTON, *Appellant*, v. SARAFIN NAIN SALINAS, *Respondent*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 88–1–00309–8, 88–1–00690–9, F. James Gavin, J., entered May 2 and June 15, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 9914–8–III.  Division Three.  April 24, 1990.]

*In the Matter of the Personal Restraint of* JAMES BEEDIE–INGEBO, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.